```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

**DAMIEN SHARELL HOWARD,**       \*
                                 \*
   Plaintiff,              \*
                                 \*
vs.                              \*   CIVIL ACTION NO.16-00319-WS-B
                                 \*
**JUSTICE MAIN,** *et al.,*      \*
                                 \*
   Defendants.             \*
                            <u>ORDER</u>

    After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be dismissed without prejudice for failure to comply with the Court's order.

    **DONE** this 11th day of October, **2016**.


                                    <u>s/WILLIAM H. STEELE</u>
                                      **CHIEF UNITED STATES DISTRICT JUDGE**