```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

**DAMIEN SHARRELL HOWARD,**   \*
                                                  \*
   **Plaintiff,**                               \*
                                                  \*
**vs.**                                                     \*   **CIVIL ACTION NO.16-00319-WS-B**
                                                    \*
**JUSTICE MAIN,** *et al.,*              \*
                                                  \*
   **Defendant.**                             \*
                                         **JUDGMENT**

     It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice for failure to comply with the Court's order.

     **DONE** this 11th of October, **2016.**

                                               **s/WILLIAM H. STEELE**
                                               **CHIEF UNITED STATES DISTRICT JUDGE**